# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| HOWARD CARLTON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SAVANNAH METROPOLITAN  )<br>POLICE DEPARTMENT *et al.*,  )<br>  )<br>    Defendants.  ) | Case No. CV413-075 |

## **REPORT AND RECOMMENDATION**

Howard Carlton filed this 42 U.S.C. § 1983, "illegal arrest" case against the police department and various individuals. Doc. 1. The Court granted his IFP motion but directed him to submit a Prisoner Trust Fund Account Statement and Consent to Collection of fees form within 30 days. Doc. 3 at 4. It also warned him that failure to comply could result in dismissal of his case. *Id.* at 5. Carlton has failed to comply.

Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE** for failing obey this Court's Order. L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v.*

*Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 28th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA