IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HOWARD CARLTON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV413-075 |
| SAVANNAH METROPOLITAN POLICE DEPARTMENT, SHERIFF AL ST. LAWRENCE, DISTRICT ATTORNEY MEG HEAP, CITY OF SAVANNAH, and GARDEN CITY POLICE DEPARTMENT, | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA