IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HOWARD CARLTON,

    Plaintiff,

v.    CASE NO. CV413-075

SAVANNAH METROPOLITAN POLICE
DEPARTMENT, SHERIFF AL ST.
LAWRENCE, DISTRICT ATTORNEY
MEG HEAP, CITY OF SAVANNAH,
and GARDEN CITY POLICE
DEPARTMENT,

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA